FILED
CLERK, U.S. DISTRICT COURT
4/28/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DWIGHT ALAN HESTER,

    Defendant.

No. 8:21-cr-00076-CJC

I N D I C T M E N T

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography]

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

Between on or about September 8, 2019 and continuing until on or about September 9, 2019, in Orange County, within the Central District of California, defendant DWIGHT ALAN HESTER knowingly received into a file folder on a Hewlett Packard Computer Tower, bearing serial number 4CI5090VD7, at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the internet, that had been mailed, and that had been shipped and transported in and affecting

interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.  The child pornography that defendant HESTER received consisted of video files in a folder titled, "New Folder (3)."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 5, 2019, in Orange County, within the Central District of California, defendant DWIGHT ALAN HESTER knowingly possessed a Hewlett Packard Computer Tower, bearing serial number 4CI5090VD7, that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a folder titled "New Folder (19)," containing multiple videos involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by

//

//

any means, including by computer, knowing that the video was child pornography.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANDREW BESHAI
Assistant United States Attorney
Santa Ana Branch Office